IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL SULKOWSKI | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.: 08-cv-1223 |
| | ) | |
| v. | ) | |
| | ) | |
| VALENTINE & KEBARTAS, INC. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and her counsel, Sheets, Rosselli, Horowitz & Collins LLC, that the above-entitled action shall be and is hereby dismissed with prejudice.

Respectfully Submitted,

Sheets, Rosselli, Horowitz & Collins LLC

Dated: October 27, 2008        By:    /s/Matthew C. Collins

Matthew C. Collins, Esquire
Pa. Id. 84776
304 Ross Street, Ste. 303
Pittsburgh, PA 15219
mcollins@srhc-law.com
412.281.8008 (p)